IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL D. WATSON,<br>　　　Plaintiff,<br><br>　　　　vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>　　　Defendant. | Case No. 6:18-cv-00004-SI<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA |

　　　Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,201.66 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be via check made payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Katherine Eitenmiller, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program. There are no costs or expenses to be paid herein.

　　　Dated this 1st day of October, 2019.

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Michael H. Simon
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL H. SIMON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff